UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.G.V.A., BY HIS NEXT FRIEND AND FATHER, LUIS EDGAR VIMOS RIVERA,

Petitioner,

-against-

LORRAINE M. SANCHEZ, CHIEF EXECUTIVE OFFICER, CAYUGA CENTERS, IN HER OFFICIAL CAPACITY AS FACILITY CUSTODIAN; ANGIE SALAZAR, DIRECTOR, OFFICE OF REFUGEE SETTLEMENT, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, IN HER OFFICIAL CAPACITY; ROBERT F. KENNEDY, JR., SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, IN HIS OFFICIAL CAPACITY.,

Respondents.

26 CIVIL 02258 (MKV)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated August 5, 2026, this action is dismissed as moot without prejudice to Petitioner's ability to seek habeas relief from the appropriate court should he be re-detained; accordingly, the case is closed.

**Dated:** New York, New York
August 11, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**